UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Marquette Business Credit, Inc.,

      Plaintiff,

vs.                               ORDER ADOPTING
                                      REPORT AND RECOMMENDATION

Edward G. Gleason, et al.,

      Defendants.            Civ. No. 14-354 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That Plaintiff's Motion for Attorneys' Fees and Nontaxable Expenses, [Docket No. 40], is **GRANTED**.

2. That Defendant Sonak Management, LLC is held responsible for paying Plaintiff's attorneys' fees and nontaxable expenses, in the amount of $8,325.00.

3. Judgment is entered accordingly.

DATED: January 20, 2014                         s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                        United States District Court