UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Marquette Business Credit, Inc.,

    Plaintiff,

vs.       ORDER ADOPTING
    REPORT AND RECOMMENDATION

Edward G. Gleason, et al.,

    Defendants.       Civ. No. 14-354 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That Defendant Gleason's Motion to Dismiss, [Docket No. 49], is **DENIED**.

2. That Plaintiff's Motion for Summary Judgment, [Docket No. 67], be **GRANTED**.[1]

3. Judgment is entered accordingly.

DATED: May 28, 2015       s/Michael J. Davis
At Minneapolis, Minnesota       Michael J. Davis, Chief Judge
    United States District Court

---

[1] Plaintiff, as with the entry of default judgment against Sonak, is entitled to petition the Court as to the amount of attorney fees, costs, and expenses it is entitled to insert into the Judgment to be entered against Gleason.