UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marquette Business Credit, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Edward G. Gleason and Sonak Management LLC,<br><br>　　　　　Defendants. | Court File No. 14-CV-00354-MJD-LIB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND FOR ENTRY OF AMENDED FINAL JUDGMENT** |

This matter is before the Court on Plaintiff's Motion for Attorneys' Fees and Nontaxable Costs against Defendant Gleason, [Docket No. 88]. Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois [Docket No. 96], there being no objections filed by Defendants, and after de novo review of the files, records and proceedings in the above titled matter, **IT IS ORDERED:**

1.  The Plaintiff's Motion for Attorneys' Fees and Nontaxable Costs against Defendant Gleason, [Docket No. 88], is **GRANTED** as modified by the Report and Recommendation [Docket No. 96]; and

2.  The Clerk of Court is directed to enter an amended final judgment in favor of Plaintiff and against Defendants Edward G. Gleason and Sonak Management LLC as follows:

> IT IS ORDERED, ADJUDGED AND DECREED, that Plaintiff Marquette Business Credit, Inc. shall have and recover of and from Defendants Sonak Management LLC and Edward G. Gleason, jointly and severally, the amount of $150,000.00, plus an additional $8,325.00 in attorneys' fees and expenses from Defendant Sonak Management LLC, and an additional $33,515.00 in attorneys' fees and expenses from Defendant Edward G.

Gleason, all with costs and post-judgment interest from the date of judgment as provided by law.

| | |
|---|---|
| DATED:  October 5, 2015<br>At Minneapolis, Minnesota | s/Michael J. Davis<br>Michael J. Davis<br>United States District Court Judge |